KANTOR & KANTOR, LLP
GLENN R. KANTOR, Bar No. 122643
gkantor@kantorlaw.net
19839 Nordhoff Street
Northridge, California, 91324
Telephone:  (818) 886-2525
Facsimile:  (818 350-6272

Attorneys for Plaintiff SUSAN CARNAHAN

SEDGWICK, LLP
REBECCA HULL Bar No. 99802
ERIN CORNELL  Bar No. 227135
rebecca.hull@sedwicklaw.com
erin.cornell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
METROPLITAN LIFE INSUARANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN CARNAHAN,<br><br>            Plaintiff,<br><br>     v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>            Defendant. | CASE NO:  CV 11-03064-SBA<br><br>**STIPULATION AND ORDER TO STRIKE CERTAIN AFFIRMATIVE DEFENSES** |

   IT IS HEREBY STIPULATED by and between Plaintiff SUSAN CARNAHAN, and Defendant METROPOLITAN LIFE INSURANCE COMPANY, through their respective counsel of record, that affirmative defenses two, five and seven, pled by Defendant in its Answer to Plaintiff's Complaint, shall be stricken without prejudice.

IT IS SO STIPULATED.

DATED: December 20, 2011   KANTOR & KANTOR LLP

By: */s/ Glenn R. Kantor*
    Glenn R. Kantor
    Attorneys for Plaintiff
    SUSAN CARNAHAN

DATED: December 20, 2011   SEDGWICK LLP

By: */s/ Erin Cornell*
    Rebecca Hull
    Erin Cornell
    Attorneys for Defendant METROPOLITAN LIFE
    INSURANCE COMPANY

## ORDER

Pursuant to the stipulation of the parties, affirmative defenses two, five and seven, pled by Defendant in its Answer to Plaintiff's Complaint, shall be stricken without prejudice.

**IT IS SO ORDERED**

DATE: 1/3/12   *Saundra B. Armstrong*
    HONORABLE SAUNDRA BROWN ARMSTRONG
    UNITED STATES DISTRICT COURT JUDGE