KANTOR & KANTOR, LLP
GLENN R. KANTOR, Bar No. 122643
gkantor@kantorlaw.net
19839 Nordhoff Street
Northridge, California, 91324
Telephone:  (818) 886-2525
Facsimile:  (818 350-6272

Attorneys for Plaintiff SUSAN CARNAHAN

SEDGWICK, LLP
REBECCA HULL Bar No. 99802
ERIN CORNELL  Bar No. 227135
rebecca.hull@sedwicklaw.com
erin.cornell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
METROPLITAN LIFE INSUARANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SUSAN CARNAHAN, | CASE NO:  CV 11-03064-SBA |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO STRIKE CERTAIN AFFIRMATIVE DEFENSES** |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff SUSAN CARNAHAN, and Defendant METROPOLITAN LIFE INSURANCE COMPANY, through their respective counsel of record, that affirmative defenses two, five and seven, pled by Defendant in its Answer to Plaintiff's Complaint, shall be stricken without prejudice.

1
STIPULATION AND [PROPOSED] ORDER TO STRIKE CERTAIN AFFIRMATIVE DEFENSES

1 | IT IS SO STIPULATED.

3 | DATED: December 20, 2011        KANTOR & KANTOR LLP

By: */s/ Glenn R. Kantor*
   Glenn R. Kantor
   Attorneys for Plaintiff
   SUSAN CARNAHAN

8 | DATED: December 20, 2011        SEDGWICK LLP

By: */s/ Erin Cornell*
   Rebecca Hull
   Erin Cornell
   Attorneys for Defendant METROPOLITAN LIFE
   INSURANCE COMPANY

## ORDER

Pursuant to the stipulation of the parties, affirmative defenses two, five and seven, pled by Defendant in its Answer to Plaintiff's Complaint, shall be stricken without prejudice.

**IT IS SO ORDERED**

DATE: 1/3/12        *[signature: Saundra B. Armstrong]*
   HONORABLE SAUNDRA BROWN ARMSTRONG
   UNITED STATES DISTRICT COURT JUDGE