1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUSAN CARNAHAN, | Case No:  C 11-3064 SBA |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTIONS FOR A SEALING ORDER** |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY and THE SHAW GROUP INC. LONG TERM DISABILITY PLANDEFENDANT, | Docket 32, 37 |
| Defendants. | |

Plaintiff has filed two administrative motions for orders to seal various documents relating to the parties' pending motions.  Dkt. 32, 37.  Civil Local Rule 79-5(a) provides, in relevant part, that:  "The request [to seal] must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(b) or (c)."  Here, Plaintiff predicates its sealing requests on the fact that Defendant has designated its Claim Management Guidelines as confidential.  While the confidentiality of the Claim Management Guidelines may justify redaction of part of the subject documents, Plaintiff has failed to show that it justifies sealing each document in its entirety.  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's Administrative Motions to Seal are DENIED without prejudice.  Plaintiff may resubmit a single motion to seal portions of the

1  documents in accordance with Civil Local Rule 79-5.  This Order terminates Docket 32 and

2  37.

3         IT IS SO ORDERED.

4  Dated: July 24, 2012

5                                                    SAUNDRA BROWN ARMSTRONG
                                                     United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28