1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

10  SUSAN CARNAHAN,

11          Plaintiff,

12     vs.

13  METROPOLITAN LIFE INSURANCE
    COMPANY and THE SHAW GROUP INC.
14  LONG TERM DISABILITY
    PLANDEFENDANT,

15

          Defendants.

16

Case No:  C 11-3064 SBA

**ORDER DENYING PLAINTIFF'S
ADMINISTRATIVE MOTIONS
FOR A SEALING ORDER**

Docket 32, 37

17

18          Plaintiff has filed two administrative motions for orders to seal various documents

19  relating to the parties' pending motions.  Dkt. 32, 37.  Civil Local Rule 79-5(a) provides, in

20  relevant part, that:  "The request [to seal] must be narrowly tailored to seek sealing only of

21  sealable material, and must conform with Civil L.R. 79-5(b) or (c)."  Here, Plaintiff

22  predicates its sealing requests on the fact that Defendant has designated its Claim

23  Management Guidelines as confidential.  While the confidentiality of the Claim

24  Management Guidelines may justify redaction of part of the subject documents, Plaintiff

25  has failed to show that it justifies sealing each document in its entirety.  Accordingly,

26          IT IS HEREBY ORDERED THAT Plaintiff's Administrative Motions to Seal are

27  DENIED without prejudice.  Plaintiff may resubmit a single motion to seal portions of the

28

1  documents in accordance with Civil Local Rule 79-5.  This Order terminates Docket 32 and

2  37.

3         IT IS SO ORDERED.

4  Dated: July 24, 2012                    _____
                                           SAUNDRA BROWN ARMSTRONG
5                                          United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28