United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARNAHAN, | No. C 11-03064 SBA |
| Plaintiff, | **ORDER OF REFERENCE TO MAGISTRATE JUDGE** |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY ET AL, | |
| Defendant. / | |

PURSUANT TO CIVIL L.R. 72-1

    IT IS HEREBY ORDERED that this case is referred to a Magistrate Judge for all discovery. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 6/27/12

SAUNDRA BROWN ARMSTRONG
United States District Judge