UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUSAN CARNAHAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and THE SHAW GROUP INC. LONG TERM DISABILITY PLANDEFENDANT,<br><br>　　　　Defendants. | Case No:  C 11-3064 SBA<br><br>**AMENDED ORDER OF REFERENCE**<br><br>Docket 31 |

IT IS HEREBY ORDERED THAT Plaintiff's Objection to and Motion to Strike Declaration of Gregory Hafner or in the Alternative, Request to Reopen Discovery Pursuant to Local Rule 7-11 is REFERRED to the Magistrate Judge Nathanael Cousins for a report and recommendation.

IT IS SO ORDERED.

Dated: July 26, 2012

　　　　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge