**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SUSAN CARNAHAN,<br><br>          Plaintiff,<br><br>     v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and THE SHAW GROUP INC. LONG TERM DISABILITY PLAN,<br><br>          Defendants. | Case No. 11-cv-3064 SBA (NC)<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO STRIKE**<br><br>Re: Dkt. Nos. 31, 43 |

District Judge Armstrong referred plaintiff Carnahan's motion to strike the declaration of Gregory Hafner or, in the alternative, request to reopen discovery, Dkt. No. 31, to this court for report and recommendation. Dkt. No. 43. The briefing schedule with respect to the motion is as follows. Defendants must file their opposition to the motion on or before August 22, 2012. Carnahan must file a reply brief on or before August 29, 2012. The court will hold a hearing on the motion on September 26, 2012, at 9:00 a.m.

IT IS SO ORDERED.

DATED: August 1, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge