Glenn R. Kantor, State Bar No. 122643
  E-mail: gkantor@kantorlaw.net
Beth A. Davis, State Bar No. 277560
  E-mail: bdavis@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff,
SUSAN CARNAHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN CARNAHAN,<br><br>           Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and THE SHAW GROUP INC. LONG TERM DISABILITY PLAN,<br><br>           Defendants. | CASE NO:  CV11-03064-SBA<br><br>**ADMINISTRATIVE MOTION REQUESTING TO FILE A PORTION OF DOCUMENTS UNDER SEAL AND ORDER** |

Pursuant to Civil Local Rule 79-5(c) and 79-5(d) and the Stipulated Order of Confidentiality signed by Magistrate Judge Nathanael M. Cousins on June 27, 2012, plaintiff, Susan Carnahan, hereby files the instant Administrative Motion requesting to file a portion of certain documents, submitted in connection with the parties' respective Motions for Judgment, under seal.

# ADMINISTRATIVE MOTION

On June 28, 2012, Plaintiff received from Defendant additional documents labeled Metropolitan Life Insurance Company Claim Management Guidelines. These documents were designated as confidential by defendant under a Stipulated Order of Confidentiality. Pursuant to Civil L. R. 79-5, plaintiff hereby files this Administrative Motion requesting to file a portion of the following documents, as shown by annotation in the documents, under seal:

1. Plaintiff's Responsive Brief in Support of Motion for Summary Judgment (originally submitted on 07/02/12 and resubmitted herewith).

2. Exhibit A to the Declaration of Glenn R. Kantor in Support of Metropolitan Life Insurance Company Claim Management Guidelines pages ADMIN 000509, ADMIN 000512 and ADMIN 000513 (originally submitted on 07/02/12 and resubmitted herewith).

3. Plaintiff's Opening Brief in Support of Motion for Summary Judgment (already filed with the Court as ECF Document #24).

4. Plaintiff's Response to Defendants' Objection to Plaintiff's Extrinsic Evidence Submitted with Her Motion for Judgment; Request to Strike (originally submitted on 07/10/12 and resubmitted herewith).

Dated: July 26, 2012                                    Kantor & Kantor, LLP

                                        By:     */s/ Beth A. Davis*
                                                Beth A. Davis
                                                Attorneys for Plaintiff,
                                                Susan Carnahan

**ORDER**

Pursuant to Plaintiffs Administrative Motion Requesting to File a Portion of Certain Documents Under Seal, those portions as shown by annotation in the documents, of Plaintiff's Responsive Brief in Support of Motion for Summary Judgment, Exhibit A to the Declaration of Glenn R. Kantor in Support of Metropolitan Life Insurance Company Claim Management Guidelines pages ADMIN 000509, ADMIN 000512 and ADMIN 000513, Plaintiff's Opening Brief in Support of Motion for Summary Judgment (already filed with the Court as ECF Document #24) and Plaintiff's Response to Defendants' Objection to Plaintiff's Extrinsic Evidence Submitted with Her Motion for Judgment; Request to Strike, may be filed under seal.

IT IS SO ORDERED.

DATED: 8/1/12

_____
SAUNDRA B. ARMSTRONG
U.S. DISTRICT COURT JUDGE