1  KANTOR & KANTOR, LLP
   GLENN R. KANTOR, Bar No. 122643
2  BETH A. DAVIS, Bar No. 277560
   gkantor@kantorlaw.net
3  19839 Nordhoff Street
   Northridge, California, 91324
4  Telephone:  (818) 886-2525
   Facsimile:  (818 350-6272
5
   Attorneys for Plaintiff
6  SUSAN CARNAHAN

7  SEDGWICK, LLP
   REBECCA HULL Bar No. 99802
8  ERIN CORNELL  Bar No. 227135
   rebecca.hull@sedwicklaw.com
9  erin.cornell@sedgwicklaw.com
   333 Bush Street, 30th Floor
10 San Francisco, California 94104
   Telephone: (415) 781-7900
11 Facsimile: (415) 781-2635

12 Attorneys for Defendant
   METROPOLITAN LIFE INSURANCE COMPANY
13

14
15                        UNITED STATES DISTRICT COURT

16                       NORTHERN DISTRICT OF CALIFORNIA

17 | SUSAN CARNAHAN,                      | CASE NO:  CV 11-03064-SBA

18 |          Plaintiff,                  |
                                          | **STIPULATION AND ORDER TO**
19 |     v.                               | **CONTINUE HEARING DATE ON**
                                          | **PLAINTIFF'S AND DEFENDANT'S**
20 | METROPOLITAN LIFE INSURANCE          | **MOTIONS FOR JUDGMENT**
   | COMPANY,                             |
21
22 |          Defendant.                  |
23
24
25
26
27
28
                                    1
   STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON
      PLAINTIFF'S AND DEFENDANT'S MOTIONS FOR JUDGMENT

1   WHEREAS, on June 8, 2012, plaintiff and defendant each filed a Motion for Judgment;

2   WHEREAS, on July 2, 2012, plaintiff filed a Motion to Strike the Declaration of Gregory

3   Hafner or in the alternative a Request to Reopen Discovery;

4   Whereas on July 23, 2012, the Court ordered that the hearing on the Motions for

5   Judgment be continued to October 23, 2012;

6   WHEREAS on July 25, 2012 the court referred plaintiff's motion to the Chief Magistrate

7   Judge for a report and recommendation;

8   WHEREAS on September 28, 2012 Magistrate Judge Nathanael Cousins denied

9   plaintiff's Motion to Strike but recommended the reopening of discovery for the limited purpose

10  of allowing plaintiff to depose Gregory Hafner in the next 30 days;

11  WHEREAS the court has not yet issued an order on the Recommendation; and

12  WHEREAS the parties have not yet been able to arrange a date for the deposition to take

13  place.

14  NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the

15  Court's approval, the parties agree, and respectfully request, that the Court continue the hearing

16  date on both plaintiff's and defendant's Motions for Judgment from October 23, 2012 to

17  December 14, 2012, or such other date as the Court might order.

1  DATED: October 17, 2012                 KANTOR & KANTOR LLP

2
3                                          By: /s/ Glenn R. Kantor
                                               Glenn R. Kantor
                                               Beth A. Davis
4                                              Attorneys for Plaintiff
                                               SUSAN CARNAHAN
5

6  DATED: October 17, 2012                 SEDGWICK LLP

7
8                                          By: /s/ Rebecca Hull
                                               Rebecca Hull
9                                              Erin Cornell
                                               Attorneys for Defendant
10                                             METROPOLITAN LIFE INSURANCE COMPANY

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

Having considered the stipulation filed by the parties on 10/17/12, and good cause appearing,

IT IS HEREBY ORDERED that the hearing on Plaintiff's and Defendant's Motions for Judgment currently set for October 23, 2012 is rescheduled to December 18 , 2012, at 1:00 p.m..

**IT IS SO ORDERED**

DATE: 10/18/12

*/s/ Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge