KANTOR & KANTOR, LLP
GLENN R. KANTOR, Bar No. 122643
BETH A. DAVIS, Bar No. 277560
gkantor@kantorlaw.net
19839 Nordhoff Street
Northridge, California, 91324
Telephone: (818) 886-2525
Facsimile: (818 350-6272

Attorneys for Plaintiff
SUSAN CARNAHAN

SEDGWICK, LLP
REBECCA HULL Bar No. 99802
ERIN CORNELL Bar No. 227135
rebecca.hull@sedwicklaw.com
erin.cornell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY
and THE SHAW GROUP INC. LONG TERM
DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN CARNAHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; THE SHAW GROUP INC. LONG TERM DISABILITY PLAN,<br><br>    Defendant. | CASE NO: CV 11-03064-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S AND DEFENDANTS' MOTIONS FOR JUDGMENT TO ALLOW ADDITIONAL BRIEFING REGARDING THE DEPOSITION OF GREGORY HAFNER** |

1   WHEREAS, on June 8, 2012, plaintiff and defendants each filed a Motion for Judgment;

2   WHEREAS, on July 2, 2012, plaintiff filed a Motion to Strike the Declaration of Gregory

3   Hafner or in the alternative a Request to Reopen Discovery;

4   Whereas on July 23, 2012, the Court ordered that the hearing on the Motions for

5   Judgment be continued to October 23, 2012;

6   WHEREAS on July 25, 2012 the court referred plaintiff's motion to the Chief Magistrate

7   Judge for a report and recommendation;

8   WHEREAS on September 28, 2012 Magistrate Judge Nathanael Cousins denied

9   plaintiff's Motion to Strike but recommended the reopening of discovery for the limited purpose

10  of allowing plaintiff to depose Gregory Hafner;

11  WHEREAS on October 18, 2012 the court issued Order Accepting Report and

12  Recommendation order on the Recommendation; and

13  WHEREAS plaintiff has taken the deposition of Gregory Hafner (on November 30,

14  2012) and the parties have agreed that it is necessary to submit additional briefing regarding this

15  deposition;

1    NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the
2 Court's approval, the parties agree, and respectfully request that the Court continue the hearing
3 date on both plaintiff's and defendants' Motions for Judgment currently scheduled for December
4 14, 2012, to allow additional briefing regarding the deposition of Gregory Hafner. The parties
5 propose the following schedule:
6    Plaintiff's Supplemental Brief due: January 14, 2013
7    Defendants' Supplemental Brief due: January 28, 2013
8    Hearing on Motions for Summary Judgment: February 12, 2013 or such other date as
9    the Court might order.

10 DATED: December 5, 2012        KANTOR & KANTOR LLP

12                                By: */s/ Glenn R. Kantor*
                                      Glenn R. Kantor
13                                    Beth A. Davis
                                      Attorneys for Plaintiff
14                                    SUSAN CARNAHAN

15 DATED: December 5, 2012        SEDGWICK LLP

17                                By: */s/ Erin Cornell*
                                      Rebecca Hull
18                                    Erin Cornell
                                      Attorneys for Defendants
19                                    METROPOLITAN LIFE INSURANCE COMPANY
                                      and THE SHAW GROUP INC. LONG TERM
20                                    DISABILITY PLAN

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S AND
DEFENDANTS' MOTIONS FOR JUDGMENT TO ALLOW ADDITIONAL BRIEFING REGARDING THE
DEPOSITION OF GREGORY HAFNER

ORDER

IT IS HEREBY ORDERED THAT the Court, having considered the joint stipulation of counsel, and good cause appearing therefore, hereby grants the parties requests as follows:

~~Plaintiff's Supplemental Brief due: January ___, 2013;~~

~~Defendants' Supplemental Brief due: January ___, 2013;~~

~~Hearing on Motions for Summary Judgment: February ___, 2013.~~

**Instead of filing supplemental briefs, the Court directs the parties to resubmit their motion papers and incorporate therein any additional arguments based on the discovery taken following the ruling of the Magistrate Judge.  The parties shall file their revised opening briefs by no later than <u>January 22, 2013</u>, and their respective oppositions thereto by no later than <u>February 12, 2013</u>.  The hearing on said motions will take place on <u>March 12, 2013 at 1:00 p.m.</u>  Pursuant to Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78(b), the Court may resolve the motions without oral argument.  The parties are advised the check the Court's website to determine whether an appearance on the motion is required.  Docket entries nos. 24 and 26 shall be deemed withdrawn.  This Order terminates Docket no. 61.**

**IT IS SO ORDERED**

DATE: December 11, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S AND DEFENDANTS' MOTIONS FOR JUDGMENT TO ALLOW ADDITIONAL BRIEFING REGARDING THE DEPOSITION OF GREGORY HAFNER