KANTOR & KANTOR, LLP
GLENN R. KANTOR, Bar No. 122643
BETH A. DAVIS, Bar No. 277560
gkantor@kantorlaw.net
19839 Nordhoff Street
Northridge, California, 91324
Telephone: (818) 886-2525
Facsimile: (818 350-6272

Attorneys for Plaintiff
SUSAN CARNAHAN

SEDGWICK, LLP
REBECCA HULL Bar No. 99802
ERIN CORNELL Bar No. 227135
rebecca.hull@sedwicklaw.com
erin.cornell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY
and THE SHAW GROUP INC. LONG TERM
DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN CARNAHAN, <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN LIFE INSURANCE COMPANY; THE SHAW GROUP INC. LONG TERM DISABILITY PLAN, <br><br> Defendant. | CASE NO: CV 11-03064-SBA <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE PARTIES' BRIEFING DATES ON MOTION FOR JUDGMENT BY ONE WEEK DUE TO ILLNESS OF DEFENDANTS' COUNSEL** |

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING DATES ON MOTION FOR JUDGMENT

1     WHEREAS, on June 8, 2012, plaintiff and defendants each filed a Motion for Judgment;

2     WHEREAS, on July 2, 2012, plaintiff filed a Motion to Strike the Declaration of Gregory
3 Hafner or in the alternative a Request to Reopen Discovery;

4     Whereas on July 23, 2012, the Court ordered that the hearing on the Motions for
5 Judgment be continued to October 23, 2012;

6     WHEREAS on July 25, 2012 the court referred plaintiff's motion to the Chief Magistrate
7 Judge for a report and recommendation;

8     WHEREAS on September 28, 2012 Magistrate Judge Nathanael Cousins denied
9 plaintiff's Motion to Strike but recommended the reopening of discovery for the limited purpose
10 of allowing plaintiff to depose Gregory Hafner;

11     WHEREAS on October 18, 2012 the court issued Order Accepting Report and
12 Recommendation order on the Recommendation;

13     WHEREAS plaintiff has taken the deposition of Gregory Hafner (on November 30,
14 2012) and the parties have agreed that it is necessary to submit additional briefing regarding this
15 deposition;

16     WHEREAS on December 11, 2012, the Court ordered that the parties resubmit their
17 opening cross-motions for judgment to include any additional issues, to be filed on or before
18 January 22, 2013; and

19     WHEREAS the primarily responsible attorney for defendants currently is ill and unable
20 to work, and is not expected to be able to return to work until at least January 22, 2013; and

21     WHEREAS defendants' other attorney is unable to complete the brief for defendants due
22 to an appellate brief that must be completed in the same time frame;

23     NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the
24 Court's approval, the parties agree, and respectfully request that the Court continue the briefing
25 dates set by the Court on December 11, 2012, for a period of one week, to permit defendants'
26 counsel to complete defendants' revised brief, while maintaining the currently scheduled hearing
27 date as most recently set by the Court. Pursuant to such stipulation, the parties propose the

28

following revised schedule:

    Revised opening briefs due: January 29, 2013

    Opposition briefs due: February 17, 2013

    Hearing on Cross-Motions for Judgment: March 12, 2013 or such other date as the Court might order.

DATED: January 17, 2013    KANTOR & KANTOR LLP

By: */s/ Glenn R. Kantor*
    Glenn R. Kantor
    Beth A. Davis
    Attorneys for Plaintiff
    SUSAN CARNAHAN

DATED: January 17, 2013    SEDGWICK LLP

By: */s/ Rebecca Hull*
    Rebecca Hull
    Erin Cornell
    Attorneys for Defendants
    METROPOLITAN LIFE INSURANCE
    COMPANY and THE SHAW GROUP INC. LONG
    TERM DISABILITY PLAN

ORDER

IT IS HEREBY ORDERED THAT the Court, having considered the joint stipulation of counsel, and good cause appearing therefore, hereby grants the parties requests as follows:

Revised opening briefs due: January 29, 2013;

Opposition briefs: February 19 ___, 2013;

Hearing on Cross-Motions for Judgment: March 12, 2013, at 1:00 p.m.

**IT IS SO ORDERED**

DATE: 1/17/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

---

4
STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING DATES ON MOTION FOR JUDGMENT