1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                            OAKLAND DIVISION
9

10  SUSAN CARNAHAN,                        Case No:  C 11-3064 SBA

11          Plaintiff,                     **ORDER OF REFERENCE FOR
                                           SETTLEMENT CONFERENCE**
12      vs.

13  METROPOLITAN LIFE INSURANCE
    COMPANY and THE SHAW GROUP INC.
14  LONG TERM DISABILITY
    PLANDEFENDANT,
15
            Defendants.
16

17

18      IT IS HEREBY ORDERED THAT the instant action is REFERRED to Magistrate

19  Judge Donna Ryu for a MANDATORY SETTLEMENT CONFERENCE to take place on

20  September 19, 2013, or on such other date that she deems appropriate.

21      IT IS SO ORDERED.

22  Dated: September 11, 2013
                                           _____
23                                         SAUNDRA BROWN ARMSTRONG
                                           United States District Judge
24
25
26
27
28