UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUSAN CARNAHAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and THE SHAW GROUP INC. LONG TERM DISABILITY PLANDEFENDANT,<br><br>　　　　Defendants. | Case No:  C 11-3064 SBA<br><br>**ORDER OF REFERENCE FOR SETTLEMENT CONFERENCE** |

　　　IT IS HEREBY ORDERED THAT the instant action is REFERRED to Magistrate Judge Donna Ryu for a MANDATORY SETTLEMENT CONFERENCE to take place on September 19, 2013, or on such other date that she deems appropriate.

　　　IT IS SO ORDERED.

Dated: September 11, 2013

　　　　　　　　　　　　　　　　　　　_Saundra B. Armstrong_
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge