Glenn R. Kantor, State Bar No. 122643
  E-mail: gkantor@kantorlaw.net
Beth Davis, State Bar No. 277560
  E-mail: bdavis@kantorlaw.net
Brent Dorian Brehm, State Bar No. 24983
  E-mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff,
SUSAN CARNAHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN CARNAHAN,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and THE SHAW GROUP INC. LONG TERM DISABILITY PLAN,<br><br>    Defendants. | CASE NO:  CV11-03064-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**<br><br>(Complaint Filed June 21, 2011) |

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant by and through their attorneys of record that the above-captioned action shall be, and hereby is, dismissed with prejudice.  Each party shall bear its own fees and costs.

DATED: October 17, 2013            KANTOR & KANTOR, LLP


                                                        By:   /s/ Brent Dorian Brehm
                                                              Brent Dorian Brehm
                                                              Attorneys for Plaintiff
                                                              Susan Carnahan

**ORDER**

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: 10/17/2013

_Saundra B. Armstrong_
Hon. Saundra B. Armstrong
United States District Court Judge